**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

DERRICK JOHN SUTTON,                    §
                                        §
          Movant,                       §
                                        §
*versus*                                §     CIVIL ACTION NO. 1:13-CV-486
                                        §
UNITED STATES OF AMERICA,               §
                                        §
          Respondent.                   §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Derrick John Sutton, an inmate confined at the Federal Correctional Complex at Beaumont, Texas, proceeding *pro se*, filed this motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this motion to vacate. The magistrate judge recommends the motion to vacate be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Movant filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. The magistrate judge correctly concluded that certain of movant's grounds for

review were waived by the waiver contained in Paragraph 12 of the plea agreement, which stated movant was waiving his right to appeal his conviction and sentence on all grounds except for: (a) any punishment in excess of the statutory maximum and (b) a claim of ineffective assistance of counsel that affected the validity of the waiver of appeal or the plea itself. In addition, the magistrate judge correctly found that movant's claims of ineffective assistance of counsel did not provide movant with a basis for relief under *Strickland v. Washington*, 466 U.S. 668 (1984). Finally, as explained by the magistrate judge, movant's assertions that his plea agreement was breached and that his offense level was improperly increased are without merit.

## ORDER

Accordingly, movant's objections to the Report and Recommendation are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered denying this motion to vacate.

In addition, the court is of the opinion movant is not entitled to a certificate of appealability. An appeal from a judgment denying post-conviction collateral relief may not proceed unless a judge issues a certificate of appealability. *See* 28 U.S.C. § 2253. The standard for a certificate of appealability requires the movant to make a substantial showing of the denial of a federal constitutional right. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Elizalde v. Dretke*, 362 F.3d 323, 328 (5th Cir. 2004). To make a substantial showing, the movant need not establish that he would prevail on the merits. Rather, he must demonstrate that the issues are subject to debate among jurists of reason, that a court could resolve the issues in a different manner, or that the questions presented are worthy of encouragement to proceed further. *See Slack*, 529 U.S. at 483-

84. Any doubt regarding whether to grant a certificate of appealability should be resolved in favor of the movant, and the severity of the penalty may be considered in making this determination. *See Miller v. Johnson*, 200 F.3d 274, 280-81 (5th Cir. 2000).

In this case, the movant has not shown that the issues he raised are subject to debate among jurists of reason. The factual and legal questions raised by movant have been consistently resolved adversely to his position and the questions presented are not worthy of encouragement to proceed further. As a result, a certificate of appealability shall not issue in this matter.

SIGNED at Beaumont, Texas, this 22nd day of August, 2016.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE